# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JUAN VIANEZ,

    Plaintiff,

vs.

C.C.A., *et al.*,

    Defendants.

Case No. 2:13-cv-01645-APG-VCF

**ORDER**

This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a prisoner. On November 4, 2013, the Court dismissed this action without prejudice and judgment was entered. (ECF Nos. 3 & 4). Plaintiff has filed a motion for reconsideration. (ECF No. 4). Plaintiff's motion lacks sufficient grounds under either Rule 59(e) or Rule 60(b) to justify granting the motion for reconsideration.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (ECF No. 4) is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this closed action.

Dated this  26th  day of November, 2013.

                                                 UNITED STATES DISTRICT JUDGE