**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN VIANEZ, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:13-cv-01645-APG-VCF |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| C.C.A., *et al.*, ) | |
| ) | |
| Defendants. ) | |

This closed action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a prisoner. On November 4, 2013, the Court dismissed this action without prejudice and judgment was entered. (ECF Nos. 3 & 4). Plaintiff has filed a motion for reconsideration. (ECF No. 4). Plaintiff's motion lacks sufficient grounds under either Rule 59(e) or Rule 60(b) to justify granting the motion for reconsideration.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (ECF No. 4) is **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff shall file no further documents in this closed action.

Dated this __26th__ day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE